**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Vivian Hernandez | ) | Case No. 17-26642 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge LaShonda A. Hunt |

**NOTICE OF MOTION**

TO:

Marilyn O Marshall  (via electronic notice)

United States Trustee (via electronic notice)

Vivian Hernandez, 2232 N. 74th Avenue, , Elmwood Park,IL  60707

See attached list of all creditors

PLEASE TAKE NOTICE that on July 29, 2019 at 10:00 a.m. with previously scheduled set matter or as soon thereafter as I shall be heard, I shall appear before the Honorable Judge LaShonda A. Hunt at 219 S. Dearborn St., Courtroom 719, Chicago, IL, and request that the attached motion be granted, at which time you may appear if so desired.

/s/ _Michael C. Burr_____
Michael C. Burr
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Vivian Hernandez | ) | Case No. 17-26642 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge LaShonda A. Hunt |

## MOTION TO MODIFY CONFIRMED PLAN

The debtor(s), by and through counsel, and in support of her Motion to Modify Confirmed Plan pursuant to 11 U.S.C. § 1329, states to the court as follows:

1. The court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The debtor filed a petition for relief and a plan under Chapter 13 of the Bankruptcy Code on September 6, 2017.

4. The plan was confirmed by this court on March 5, 2018 calling for 4 monthly payments of $1,210 and then 56 payments of $1,299 for a 100% dividend on unsecured claims.

5. As an element of the confirmed plan, the debtor(s) was required to pay her federal income tax refund to the Trustee as an additional plan payment.

6. The debtor recently fell behind on payments due to 2 heart bypass surgeries.

7. She has been off work without pay, but is scheduled to return to work shortly.

8. Additionally, her daughter is coming to live with her and contribute rent toward the household expenses.

9. Because the plan was already running 60 months, the payments need to increase for the remaining months to about $1,375 if the default is deferred.

WHEREFORE, the debtor requests that the court enter an order modifying the confirmed plan to defer the default in payments, increase the monthly payment to $1,375, and grant the debtor such other relief as just and proper.

Respectfully submitted,

/s/ __Michael C. Burr__
Michael C. Burr
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200